1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10  **ROBERT JELANI BELTON,**                          No. C 12-3582 LHK (PR)

11                                   Petitioner,        [~~PROPOSED~~] **ORDER**

12               **v.**

13  **WILLIAM KNIPP, Warden,**

14                                   Respondent.

15

16       GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until March

17  9, 2013, to file his answer the application for writ of habeas corpus.  If Petitioner wishes to

18  respond to the answer, he shall do so by filing a traverse with the Court and serving it on

19  Respondent's counsel within thirty (30) days of the date the answer is filed.

20       Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set

21  forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If

22  Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an

23  opposition or statement of non-opposition within thirty (30) days of the date the motion is filed,

24  and Respondent shall file with the Court and serve on Petitioner a reply within fifteen (15) days

25  of the date any opposition is filed.

26
27  Dated:  _1/13/13_____

                                        *Lucy H. Koh*

                                        LUCY H. KOH
28                                      United States District Judge

                                        1