IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT JELANI BELTON,** | No. C 12-3582 LHK (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **WILLIAM KNIPP, Warden,** | |
| Respondent. | |

    GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until March 9, 2013, to file his answer the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within thirty (30) days of the date the answer is filed.

    Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within thirty (30) days of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within fifteen (15) days of the date any opposition is filed.

Dated: 1/13/13

_____
LUCY H. KOH
United States District Judge

1

[~~Proposed~~] Order (C 12-3582 LHK (PR))